**Exhibit A to the Complaint**

**Location:** Rutherford, NJ  **IP Address:** 74.102.104.139
**Total Works Infringed:** 32  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 70D3E779D30678EB929E2EEF115D993F8973B5DD<br>File Hash:<br>C639BD8B3EC1C9F8B42A1214F12742C2C125AB9D2835CB4984F8191E5044A14F | 08-27-2022 03:34:56 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 2 | Info Hash: A64381041A252AD91A64156C8F12B51A4933A693<br>File Hash:<br>2DDDE9A5514A9E98DCCFC4EA6F1978A7B303D71F9AA9B450FD96423B72AA1AEE | 08-25-2022 07:33:05 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 3 | Info Hash: 3E3F0031CED1C5C5EF641C97A3FAB41D92A5BD02<br>File Hash:<br>89E2C079CB49C28614DC8F984CD70CF6055013284DE8C15649D9B25E22749E93 | 08-25-2022 07:10:48 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 4 | Info Hash: DA9611E9C7E846C569D5C06970789091CF2B3B44<br>File Hash:<br>D150538D71C52F360C335808651D9C366B117C599BC5659BCF12E09496EEA6CD | 08-24-2022 00:01:48 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 5 | Info Hash: F8CAD854E7DC19B53E674840B5554C76AD455AFB<br>File Hash:<br>8EA7842640D74C90BAC1D369A2072A6125C869D9F4C82073D1032E9BE86A8A6B | 08-22-2022 20:53:40 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 6 | Info Hash: B0CAA4D95994248141ED9615D6C60A0EF6719C74<br>File Hash:<br>DE6B5755622A8D5504757FB262D3BC59EAC0111811F6AD10DF462DFD9109566C | 08-22-2022 20:53:23 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 7 | Info Hash: 7BF563B4F703F30A3EA277ED404C6F7E8DC9BA49<br>File Hash:<br>82194F9E0BA7E53546EC8BDF80B7B7899ACA230C8F95826FB3E17AB10A5EBCBE | 08-12-2022 05:43:19 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 8 | Info Hash: D535E04CB588396BC4F9AC90F565D616FE5030B0<br>File Hash:<br>9DB5B44495E1BEFBE91BBE830B6BF5482AEBF0A8DD24457C543CA7DDBB94119F | 08-09-2022 20:43:20 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 9 | Info Hash: C3C1F6705297C7B709DDC04F4C4A103E6D4DAA3F<br>File Hash:<br>8BD26EC78E69EEEECFCE0A885D77225F4BF58C208E450DF8D840C07B41F9FD34 | 08-09-2022 20:17:56 | Tushy | 08-07-2022 | 08-29-2022 | PA0002367740 |
| 10 | Info Hash: 3344C8CDFF9B33348E149E2D460B5D0E8B75DAAD<br>File Hash:<br>23CE6E0056F366425418B280EC88830ACA49AC1CD615D692EA984E455F913557 | 08-07-2022 16:38:28 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 11 | Info Hash: 522106AD5C604CAA38EEB8C9E645BB89B7246439<br>File Hash:<br>E7E033B1618FD43B267E8CD0AF60A898EC2BEDA21372A6C5AE92760818965895 | 08-05-2022 21:44:30 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C81487D365766288B61E45751DBE83123A6251F6<br>File Hash: DDE7B2BFD6457544A998BD5E8CD541FFDA0B6E1346706B9873CA07914657A9F0 | 08-05-2022 21:28:25 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 13 | Info Hash: 9E38D189E1245503E8D949FA71659D0EF9184334<br>File Hash: E5D009BBC7C5791AE49D39A6DD5EE0B0C35C2C7A743DFB2C321D8129E308FDEB | 08-01-2022 23:15:36 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 14 | Info Hash: 84C5F1993865C560AAB7CEE3BA17969A78454E43<br>File Hash: 55FB7CE72A5580A94A6CAD18275E2B8FC36070D964F432799F9A330A1D870AA5 | 08-01-2022 18:18:40 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 15 | Info Hash: 22F64C34048F6C532A3151D95A82FCDB8E19203E<br>File Hash: AD346A8CD6EF858B1E9B78B90620A5398A58CFA3EA6686949B09F71D08D1FAD3 | 07-27-2022 20:09:38 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 16 | Info Hash: 480726ED66E198F5DBACFCD511A50A5080EF8F42<br>File Hash: CA67A23FB24BA3F401C41E275D1766C140D556B7FB4B77B158F63E0A46FFBDDA | 07-27-2022 18:34:44 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 17 | Info Hash: 57763A5B3583A13492A671B9919D28555796546C<br>File Hash: 7882436CAE07D7E0F422B3A2EE3582E944A93B99893003C4A5E586C8C2069DAC | 07-24-2022 19:27:35 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 18 | Info Hash: 4022972F93C48C4EEBA57ADCB0A554AC317E1A67<br>File Hash: DFCB1FC583CE0C8FF928F1B69542D8233D334C8F999A2D5A66A07345275559B1 | 07-23-2022 21:42:54 | Slayed | 03-01-2022 | 03-04-2022 | PA0002345786 |
| 19 | Info Hash: 7BA60C0D1CA44FE6DC35D95F279DFF110FC90CE4<br>File Hash: 1647D142912BD785174AD9CDC699C31E9AEF990D9AD50FDF648593411587D6A0 | 07-23-2022 19:11:13 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 20 | Info Hash: 9484E63C729B5E6DEAA1B2A31E98075B16D914A4<br>File Hash: 7378EBD3719E21C39E6A186B686DAB035587EBA3566D98DBDAF723BD309BF17C | 07-20-2022 00:10:00 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 21 | Info Hash: 53738436755048458B757E4BC000B8F5DBBE21BC<br>File Hash: 209AD24E5931C5C8A5D2525164A39E02D2782EFD965C1EC67B585810227A4A14 | 07-18-2022 03:39:36 | Slayed | 02-15-2022 | 03-04-2022 | PA0002345470 |
| 22 | Info Hash: 67F86914D5BCA62A306F93AD73C4B368F72C0AEF<br>File Hash: 531D120E4FEEC17AA467FE20A330F514EB4D3087C26F80935541994223E9D9F0 | 07-16-2022 10:00:25 | Vixen | 07-01-2022 | 07-22-2022 | PA0002359463 |
| 23 | Info Hash: FC36D13620B85CCE9D9BA2992B2246E4002463DD<br>File Hash: 27E37F140F3F4FEBD1B2C1DF8D303B221A18BD99A64F63072769980136C22CD6 | 07-16-2022 05:34:12 | Slayed | 02-22-2022 | 03-04-2022 | PA0002345461 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 97E745DBCA3A5ABB0C4DF155BF57BC99DB12CAC2<br>File Hash: B91659FD65466E2815B3953087174BB6E3B5BC17921F9F1EFD17A5F646774951 | 07-16-2022 01:31:24 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 25 | Info Hash: 40926070A8063DA47ACC550050B316C90BACBF83<br>File Hash: 22B8ABF72350CAE58C0D59AAC0F6F96DF65218948431BED071AF314046372DE3 | 07-16-2022 01:30:31 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 26 | Info Hash: 689714F8DC47B1691B8936738C41927C15E920A7<br>File Hash: 41027732D6E158F29A0F485265AE99F475F214F4748B2951D584FDD0CA7BFFD1 | 07-13-2022 17:37:28 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |
| 27 | Info Hash: 3BA07A5A0626425EACAEC907C781A5E28FB2871E<br>File Hash: 185BCC2603876AECECA7CEB4F73D04DAE6B398D5C7BEE77C5EAA6C8D28CD4F27 | 07-13-2022 17:15:31 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 28 | Info Hash: 161AC160C6D8D6E17FB8296A4A823741A618CF05<br>File Hash: 883E19A2C830A89E538FD9DC1F4DBDAEE9993E5BE4A2863D7F2251EB7327B34E | 07-13-2022 16:53:41 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 29 | Info Hash: 91C9853D10AB699330E998EFDFEE971D55D27B2B<br>File Hash: D1EFA466C429778B269E0D4642416875B1C3969E4F0E67E6913DFB2962435C94 | 06-30-2022 16:29:10 | Slayed | 02-08-2022 | 03-04-2022 | PA0002345794 |
| 30 | Info Hash: F6B84AB416F34CB9BE79EDA365317979F4A220C5<br>File Hash: 0FB78F55714EA23950972B09E842D7197F8578D153687E120421211BDCD7EC70 | 06-30-2022 08:23:57 | Slayed | 02-01-2022 | 03-04-2022 | PA0002345792 |
| 31 | Info Hash: 1846905564D491C6E79EB4BA0AB4B53BEC1C2A45<br>File Hash: D399FBE72F4E37AF02AC4B6FD23ADED71D43B449443073233A3F354BB01BA87F | 06-29-2022 20:04:30 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 32 | Info Hash: C08BF088D5BC2AD8F43A811C3AC384BB57659EEF<br>File Hash: 40B6A4AFEA71724959BC35CE43E9182DC69893F3E592424EAA33A8E534335F27 | 06-29-2022 16:19:27 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |